**WILLIAM S. BURKHART REALTY CORPORATION v. LEONORA FORNEY BURKHART.**

7 So. (2nd) 327        Division B
March 20, 1942

142

Henry K. Gibson, for appellants.
A. C. Franks, for appellee.

PER CURIAM:

Reversed on authority of Tallentire v. Burkhart filed this date.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.